UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAZON (ARIZONA), INC., an
Arizona corporation,

        Case No. 5:06-CV-24

    Plaintiff,

v.                         Hon. Richard Alan Enslen

MICHAEL D. MOORE,
d/b/a JMC FUN CENTER,

        **ORDER DENYING**
        **APPLICATION WITHOUT**
        **PREJUDICE**

    Defendant.
_____/

    Plaintiff Dazon (Arizona), Inc. has properly moved for entry of a Default Judgment under Federal Rule of Civil Procedure 55. Notwithstanding, the supporting affidavit contains no certification that Defendant Michael D. Moore (a 30-year-old male) is not a active member of the Armed Services; rather, the service status is specified as unknown. (Aff. of Bree D. Vincent ¶ 4.)

    This situation calls into operation 50 U.S.C. App. § 521(b)(3). The section provides that if an affiant does not ascertain the military service status of a defaulting defendant, the district court may require the issuance of a bond or "may issue such orders . . . as necessary to protect the rights of the defendant . . . ." In its discretion, the Court determines that this Order is necessary and will protect those rights without unduly infringing upon Plaintiff's rights.

    **IT IS HEREBY ORDERED** that Plaintiff's Application for Default Judgment (Dkt. No. 7) is **DENIED WITHOUT PREJUDICE** and the Default of November 9, 2006 is **SET ASIDE**

pending further application supported by a certification that Defendant Michael D. Moore is not an active member of the Armed Services.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>November 15, 2006 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |